| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| AMY LYNN WINDHAM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 9:23-CV-197 |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Plaintiff, Amy Lynn Windham, requests judicial review of a final decision of the Commissioner of Social Security Administration with respect to her application for disability benefits. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. Judge Hawthorn issued a Report recommending denying Windham's request for remand. (Dkt. #19.)

The court has received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record and pleadings. No objections to the Report of the United States Magistrate Judge were filed and the deadline for doing so has passed. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct. Accordingly, the Report of the United States Magistrate Judge is ADOPTED. A Final Judgment will be entered separately.

SIGNED at Beaumont, Texas, this 7th day of April, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE